**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KB FRAMERS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>SUN COLONY SUMMERLIN HOMES, LLC D/B/A SIENA HOMES, LLC; AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br>Respondents. | No. 59665<br><br>**FILED**<br><br>APR 16 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| KB FRAMERS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>SUN COLONY SUMMERLIN HOMES, LLC D/B/A SIENA HOMES, LLC; AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br>Respondents. | No. 60221 |

### ORDER DISMISSING APPEALS

The parties' April 9, 2014, stipulation to dismiss these appeals is approved and these appeals are hereby dismissed. As stated in the stipulation, the parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Harriet Cummings*

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-12228

cc: Hon. Timothy C. Williams, District Judge
Stutz, Artiano, Shinoff & Holtz
Lewis Roca Rothgerber LLP/Las Vegas
Alverson Taylor Mortensen & Sanders
Feldman Graf
Molof & Vohl
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Eighth District Court Clerk